## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHIRLEY TREMBLE,<br><br>        Plaintiff,<br><br>v.<br><br>CREDIT PROTECTION ASSOCIATION, L.P.,<br><br>        Defendant. | CIVIL ACTION NO. 3:14-cv-01503-SRU |

### DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT AND ENFORCE SETTLEMENT OR, ALTERNATIVELY, DISMISS FOR LACK OF STANDING, AND FOR COSTS

Defendant CREDIT PROTECTION ASSOCIATION, LP ("Defendant"), by its undersigned counsel moves this Honorable Court for an Order vacating the default judgment entered on January 28, 2015, pursuant to Fed. R. Civ. P. 55(c) and 60(b), and enforcing the settlement reached by the parties, or alternatively, dismissing Plaintiff SHIRLEY TREMBLE's ("Plaintiff") complaint for lack of standing pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3). Defendant's motion should be granted.

The parties reached a settlement of this matter on December 19, 2014. Thereafter, Defendant made all efforts possible to memorialize and finalize the settlement. However, Plaintiff's counsel refused to cooperate and proceeded in seeking a default judgment on a settled case, unnecessarily compounding this litigation and unreasonably expending this Court's resources. Consequently, the default judgment entered on January 28, 2015, should be vacated

**ORAL ARGUMENT REQUESTED.**

and set aside pursuant to Fed. R. Civ. P. 55(c) and 60(b), because the judgment cannot be said to have resulted from Defendant's culpable conduct and because Defendant can show good cause for the order to be set aside.

Defendant also requests this Court to enforce the settlement reached between the Parties. Alternatively, Defendant seeks dismissal of the case because Plaintiff has settled, as shown by the correspondence submitted in support of this Motion.  Therefore, Plaintiff no longer has standing under Article III of the United States Constitution.

Finally, Defendant seeks its costs and fees in being forced to file the instant motion due to Plaintiff's counsel's unreasonable and vexatious delay of this matter.

Defendant incorporates herein by reference the arguments made and the authorities cited in the *Memorandum of Law in Support of Defendant's Motion to Vacate Default Judgment and Enforce Settlement or, Alternatively, Dismiss for Lack of Standing, and for Costs*, filed concurrently herewith.

WHEREFORE, Defendant respectfully requests that this Honorable Court vacate the default judgment and enforce the Settlement Agreement against Plaintiff Shirley Tremble.  In the alternative, Defendant requests that this Honorable Court vacate the default judgment and dismiss Plaintiff's Complaint, with prejudice.  Defendant requests that the Court order such further relief as the Court deems just, including but not limited to an award of Defendant's costs and fees of bringing this Motion pursuant to 28 U.S.C. § 1927.

130990087v1 0859800

                                              Respectfully submitted,
                                              CREDIT PROTECTION ASSOCIATION, L.P.
                                              By: Its Attorneys

Dated: February 11, 2015                */s/ Valerie N. Doble*_____
                                              Valerie N. Doble, ct27251
                                              HINSHAW & CULBERTSON LLP
                                              28 State Street, 24th Floor
                                              Boston, MA 02109
                                              Tel:  617-213-7000 / Fax:  617-213-7001
                                              Email: vdoble@hinshawlaw.com

## CERTIFICATE OF SERVICE

      I, Valerie Doble, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11, 2015

                                              */s/ Valerie N. Doble*_____
                                              Valerie N. Doble

130990087v1 0859800